U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Randolph S Tangle | CA 05-114 E |
| DEFENDANT | TYPE OF PROCESS |
| Jane-or-John Doe, -or- Judge's law clerk | 42 USC § 1983 |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jane-or-John Doe
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jane-or-John Doe (for)
Judge Stephanie Domitrovich
Erie County Courthouse
140 West Sixth Street, rm 223
Erie PA 16501

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Judge Stephanie Domitrovich
Judge's Law Clerk, of April 14, 2003, ?
FAX 451-7434
814-451-6230

Attorney for Judge's Law Clerk
Erie County Solicitor Office
John A Onorato
140 West Sixth Street
Erie PA. 16501

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Randolph S Tangle

TELEPHONE NUMBER: None
DATE: 4-8-05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/26/05    Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $0 | | | $0 | | |

REMARKS: MAILED 7-12-05

FORM USM-285
Rev. 12/15/80
Automated 01/00

PRIOR EDITIONS MAY BE USED    PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Randolph S Tangle | COURT CASE NUMBER: CA 05-114 E |
| DEFENDANT: Jane-or-John Doe, -or- Judge's Law Clerk | TYPE OF PROCESS: 42 USC § 1983 |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

SERVE AT: Jane-or-John Doe

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jane-or-John Doe (for)
Judge Stephanie Domitrovich
Erie County Courthouse
140 West Sixth Street, rm 223
Erie PA 16501

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 5
Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, all Telephone Numbers, and Estimated Times Available for Service):

Judge Stephanie Domitrovich
Judge's Law Clerk, of April 14, 2003, ?
FAX 451-7434
814-451-6230

Attorney for Judge's Law Clerk
Erie County Solicitor Office
John A Onorato
140 West Sixth Street
Erie PA. 16501

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Randolph S Tangle
TELEPHONE NUMBER: None
DATE: 4-8-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 7/24/05

Signature of U.S. Marshal or Deputy

REMARKS: Mailed 7-12-05

FORM USM-285
Rev. 12/15/80
Automated 01/00

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

## WAIVER OF SERVICE OF SUMMONS

TO: <u>United States Marshal's Service</u>

   I acknowledge receipt of your request that I waive service of a summons in the action of _____ vs. _____ which is case number CA 05-114E _____ in the United States District Court for the Western District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _____7-12-05_____ (date, request was sent), or within 90 days after that date if the request was sent outside the United States.

_____[signature]_____   _____7/26/05_____
SIGNATURE

Printed/typed name: _John A. Onorato, Esq._

Title if any: _Chief County Solicitor_

Counsel For: _Jane or John Doe Judge's Law Clerk_

5-114E
Jane -or- John Doe
or
Judge's Law Clerk

WAIVER OF SERVICE OF SUMMONS

TO: <u>United States Marshal's Service</u>

I acknowledge receipt of your request that I waive service of a summons in the action of _____ vs. _____ which is case number 05 114E _____ in the United States District Court for the Western District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __7-12-05__ (date, request was sent), or within 90 days after that date if the request was sent outside the United States.

_____/s/ illegible_____   __7/26/05__
SIGNATURE

Printed/typed name: John A. Onorato, Esq.
Title if any: Chief County Solicitor
Counsel For: Jane or John Doe Judge's Law Clerk

5-114E
Jane -or- John Doe
or
Judge's Law Clerk