**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Randolph S. Tangle | COURT CASE NUMBER: CA 05-114 E |
| DEFENDANT: Sharon Winkler | TYPE OF PROCESS: 42 USC § 1983 |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Sharon Winkler Clerk of Courts Office
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Erie County Courthouse, 140 West Sixth Street, Erie PA 16501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Sharon Winkler
Clerk of Courts Office
Erie County Courthouse
140 West Sixth Street
Erie PA 16501

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 5
Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
1) Unknown location of her employment last known job at Clerk of Courts Office
2) Attorney for Sharon Winkler Erie County Solicitor Office
John A. Onorato
140 West Sixth Street
Erie PA 16501

Signature of Attorney other Originator requesting service on behalf of: Randolph S. Tangle
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: 4-8-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Date: [signature]

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 7/12/05

Signature of U.S. Marshal or Deputy: [signature]

REMARKS: MAILED 7-12-05

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Randolph S. Tangle | CA 05-114 E |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sharon Winkler | 42 USC § 1983 |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sharon Winkler Clerk of Courts Office

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Erie County Courthouse, 140 West Sixth Street, Erie PA 16501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Sharon Winkler
Clerk of Courts Office
Erie County Courthouse
140 West Sixth Street
Erie PA 16501

- Number of process to be served with this Form 285: 3
- Number of parties to be served in this case: 5
- Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

1) Unknown location of her employment last Known Job at Clerk of Courts Office

2) Attorney for Sharon Winkler Erie County Solicitor Office
John A. Onorato
140 West Sixth Street
Erie PA. 16501

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
*Randolph S. Tangle*
TELEPHONE NUMBER: None
DATE: 4-8-05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 7/12/05
Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

REMARKS: MAILED 7-12-05

PRIOR EDITIONS MAY BE USED
**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

## WAIVER OF SERVICE OF SUMMONS

TO: <u>United States Marshal's Service</u>

I acknowledge receipt of your request that I waive service of a summons in the action of _____ vs. _____ which is case number <u>CA05-114 E</u> in the United States District Court for the Western District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>7-12-05</u> (date, request was sent), or within 90 days after that date if the request was sent outside the United States.

_____   _____
SIGNATURE

Printed/typed name: <u>ROBERT CATALAG</u>

Title if any: <u>Dept Head</u>

Counsel For: _____

5-114E
Sharon Winkler

WAIVER OF SERVICE OF SUMMONS

TO: <u>United States Marshal's Service</u>

I acknowledge receipt of your request that I waive service of a summons in the action of _____ vs. _____ which is case number _C#05 114 c_ in the United States District Court for the Western District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ___7-13-05___ (date, request was sent), or within 90 days after that date if the request was sent outside the United States.

_[signature]_
SIGNATURE

Printed/typed name: __ROBERT CATALAG__

Title if any: __Dept Head__

Counsel For: _____

5-114E
Sharon Winkler