IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH S. TANGLE,      ) | |
|     Plaintiff,      ) | |
| ) | |
| v.      ) | C.A. No. 05-114 ERIE |
| ) | 1:05-cv-00114-SJM-SPB |
| CITY OF ERIE, et al.,      ) | |
|     Defendants.      ) | |

**PRAECIPE FOR APPEARANCE**

Please enter my appearance on behalf of Patrick L. Fetzner, Clerk of Court, and Sharon Winkler, Clerk of Courts employee, in the above matter.

                                                Respectfully submitted,

                                                <u>S/Kenneth J. Gamble</u>
                                                Kenneth J. Gamble, Esquire
                                                PA62682
                                                140 West 6th Street
                                                Erie, PA 16501
                                                814-451-6070
                                                <u>kgamble@eriecountygov.org</u>
                                                Attorney for Defendants,
                                                Patrick L. Fetzner,
                                                Sharon Winkler