IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH S. TANGLE,<br>   Plaintiff, | )<br>)<br>) |
| v. | )   C.A. No. 05-114 ERIE<br>)   1:05-cv-00114-SJM-SPB |
| CITY OF ERIE, et al.,<br>   Defendants | )<br>) |

## ORDER

AND NOW, this _____ Day of _____, 2005; IT IS HEREBY ORDERED that the Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) is GRANTED as Plaintiff's pleading fails to state a claim upon which relief can be granted.

_____

cc: all parties of record