IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH S. TANGLE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-114 ERIE |
| | ) | 1:05-cv-00114-SJM-SPB |
| CITY OF ERIE, et al. | ) | |
| Defendants. | ) | |

**APPENDIX TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**

By: s/Kenneth J. Gamble
Kenneth J. Gamble, Esq.
PA 62682
140 West 6th Street
Erie, PA 16501
814-451-6070
kgamble@eriecountygov.org
Attorney for Defendants
Patrick L. Fetzner,
Sharon Winkler

## **TABLE OF CONTENTS**

|   |   | Defendant Exhibit |
|---|---|---|
| 1. | 10/29/93 Order denying Plaintiff's request for relief including copies of charges | 1 |
| 2. | 04/05/94 Order granting counsel's request for Court Reporter to generate transcripts | 2 |
| 3. | 04/13/93 Order denying pro se request for transcripts/records | 3 |
| 4. | 06/27/94 Order directing Court Reporter to file transcripts and notify counsel | 4 |
| 5. | 06/13/96 Order denying pro se request for transcripts/records | 5 |
| 6. | 08/12/96 Order directing Court Reporters to file transcripts | 6 |
| 7. | 12/19/96 Superior Court Memorandum & Order affirming denial of PCRA | 7 |
| 8. | 11/01/01 Order denying mandamus and request for discovery of documents | 8 |
| 9. | 11/26/02 Order striking Plaintiff's mandamus action at No. 13812-01 | 9 |
| 10. | 12/16/02 Order denying mandamus relief to Plaintiff at No. 13812-01 | 10 |
| 11. | 1/29/03 Order dismissing Plaintiff's PCRA & contempt motions | 11 |
| 12. | 3/18/03 Order dismissing Plaintiff's PCRA | 12 |
| 13. | 4/14/03 Order directing Clerk of Courts and/or Court Stenographer to furnish records | 13 |
| 14. | 3/18/03 Opinion re: dismissal of PCRA | 14 |
| 15. | 5/12/03 Order finding Plaintiff received copies of transcripts & denying contempt | 15 |
| 16. | 12/12/03 Superior Court Memorandum & Order affirming denial of PCRA | 16 |