DEFENDANT'S EXHIBIT 1

CLERK OF RECORDS

Nov 1 1 21 PM '93

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE COURT OF COMMON PLEAS |
| | CRIMINAL DIVISION | OF ERIE COUNTY, PENNSYLVANIA |
| v. | COUNTY COURTHOUSE ERIE, PENNA. | CRIMINAL DIVISION |
| | : | |
| RANDOLPH SCOTT TANGLE | : | No. 1833 of 1993 |

### O R D E R

**AND NOW, TO-WIT,** this 29th day of October, 1993, it is hereby **ORDERED** that defendant's pro se Omnibus Pre-Trial Motion for Relief is **DENIED** as improperly filed since the defendant is and has been represented by counsel, Kathleen M. Claunch, Esquire.

BY THE COURT,

*/s/ Shad Connelly*
Shad Connelly, Judge

William R. Cunningham, Esquire
  District Attorney
Kathleen M. Claunch, Esquire
  Attorney for Defendant
Randolph Scott Tangle
  Erie County Prison