DEFENDANT'S EXHIBIT 2

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE COURT OF COMMON PLEAS |
| | : | OF ERIE COUNTY, PENNSYLVANIA |
| vs. | : | CRIMINAL DIVISION |
| | : | |
| RANDOLPH S. TANGLE | : | No. 1833 of 1993 |

ORDER

AND NOW, to-wit, this 5th day of April, 1994, upon consideration of the Petitioner's Motion for Extension of Time, it is hereby ORDERED, ADJUDGED and DECREED that counsel is granted an extension of thirty (30) days subsequent to the filing of the transcripts of this case in which to file an Amended Petition under the Post-Conviction Relief Act, and it is further ORDERED that the Court Reporter's Office shall comply with counsel's request to generate said transcripts.

BY THE COURT:

*Stephanie Domitrovich*
Stephanie Domitrovich, Judge