DEFENDANT'S EXHIBIT 3

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS |
| | : OF ERIE COUNTY, PENNSYLVANIA |
| vs. | : CRIMINAL DIVISION |
| RANDOLPH S. TANGLE | : NO. 1833 OF 1993 |

### ORDER OF COURT

AND NOW, to-wit, this Thirteenth day of April, 1994, upon consideration of Defendant's pro se Application for Order Mandating Clerk of Courts, and or Court Stenographer, to Furnish Court Records and Transcribed Notes of Testimony In Forma Paupers [sic], this Court notes that Defendant is being represented by Attorney William J. Hathaway; and it is hereby ORDERED AND DECREED that the foregoing Motion is DENIED; and Defendant is directed to file all motions through his Attorney to insure proper procedure is followed.

BY THE COURT:

Stephanie Domitrovich, Judge



RECEIVED APR 14 1994
Court Administrator
Criminal Division

NOTICE WAS GIVEN TO EACH PARTY OR COUNSEL OF RECORD BY ORDINARY MAIL ON April 14, 1994

Copy to:  District Attorney
          William J. Hathaway, Esq.
          Randolph S. Tangle #AP-7249, SCI at Mercer