

DEFENDANT'S
EXHIBIT
4

COMMONWEALTH OF PENNSYLVANIA     :   IN THE COURT OF COMMON PLEAS
                                 :   OF ERIE COUNTY, PENNSYLVANIA
                vs.              :       CRIMINAL DIVISION
                                 :
RANDOLPH S. TANGLE               :   NO.  1833 OF 1993

                         ORDER OF COURT

        AND NOW, to-wit, this Twenty-seventh day of June, 1994, it is

hereby ORDERED, ADJUDGED AND DECREED that the office of Court

Stenographers shall file all the transcripts in the above-captioned

matter for the Defendant on or before 10:00 a.m. on 22nd day of July,

1994, and notify counsel for the Appellant forthwith, as soon as the

transcripts are filed.

                                        BY THE COURT:

                                        _____
                                        Stephanie Domitrovich     Judge

CLERK OF RECORDS
JUN 28  2 45 PM '94
CRIMINAL DIVISION
CLERK OF RECORDS

NOTICE WAS GIVEN TO EACH PARTY OR
COUNSEL OF RECORD BY ORDINARY MAIL
ON   June 28, 1994
   Copy to:  Ron Bench
             Randolph S. Tangle, SCI at Mercer

RECEIVED
JUN 2 8 1994
Court Administrator
Criminal Division