DEFENDANT'S EXHIBIT 5

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE COURT OF COMMON PLEAS |
| | : | OF ERIE COUNTY, PENNSYLVANIA |
| vs. | : | CRIMINAL DIVISION |
| | : | |
| RANDOLPH S. TANGLE | : | NO. 1833 OF 1993 |

## ORDER OF COURT

AND NOW, to-wit, this Thirteenth day of June, 1996, upon consideration of Defendant's pro se Application for Order Mandating Clerk of Courts, and or Court Stenographer, to Furnish Court Records and Transcribed Notes of Testimony, *in forma pauperis*, and Defendant's In Forma Pauperis Statement, it is hereby **ORDERED, ADJUDGED AND DECREED** that Defendant's Application and Statement are DENIED as there are no matters currently pending before the Court.

BY THE COURT:

*Stephanie Domitrovich*, Judge

NOTICE WAS GIVEN TO EACH PARTY OR COUNSEL OF RECORD BY ORDINARY MAIL ON: June 13, 1996

Copy to:   District Attorney
           Randolph S. Tangle #CL-7635, SCI at Mercer