DEFENDANT'S EXHIBIT 6

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE COURT OF COMMON PLEAS |
| | : | OF ERIE COUNTY, PENNSYLVANIA |
| vs. | : | CRIMINAL DIVISION |
| | : | |
| RANDOLPH S. TANGLE | : | NO. 1833 OF 1993 |

### ORDER OF COURT

AND NOW, to-wit, this Twelfth day of August, 1996, pursuant to Rule of Appellate Procedure 1925(b), Defendant is directed to forthwith file of record a concise statement of the matters complained of on appeal within fourteen (14) days of the entry of this Order, and to serve a copy thereof on the undersigned.

It is **ORDERED** that the office of Court Stenographers shall file all transcripts in the above-captioned matter on or before thirty (30) days from date hereof.

Further, upon consideration of Defendant's pro se request to proceed *in forma pauperis*, it is **ORDERED** that Defendant's request is hereby GRANTED as it pertains to filing fees relating to the subject appeal.

BY THE COURT:

*Stephanie Domitrovich*  Judge

NOTICE WAS GIVEN TO EACH PARTY OR COUNSEL OF RECORD BY ORDINARY MAIL
ON: August 13, 1996
Copy to: District Attorney
Randolph S. Tangle #CL-7635, SCI at Mercer
Court Reporters



RECEIVED AUG 15 1996 Court Administrator Criminal Division

(36)