DEFENDANT'S EXHIBIT 10

| | | |
|---|---|---|
| RANDOLPH S. TANGLE,<br>    Petitioner | : | IN THE COURT OF COMMON PLEAS<br>OF ERIE COUNTY, PENNSYLVANIA |
| Plaintiff | : | |
| v. | : | CIVIL ACTION – LAW |
| ERIE COUNTY COURT of COMMON PLEAS, SUPERINTENDENT WILLIAM J. WOLFE, ERIE COUNTY DISTRICT ATTORNEY'S OFFICE, PA. STATE POLICE TROOPERS, D.A BRADLEY H. FOULK, PROSECUTOR PATRICIA KENNEDY, (JOHN DOE) UNKNOWN PROTHONOTARY, FORMER ASSISTANT D.A KENNETH A ZAK,<br>    Defendants | : | Case No. 13812 – 2001 |

## ORDER

AND NOW to-wit, this __16__ day of December 2002, upon consideration of Petitioner's Application for Summary Relief Disposition and Application Request for Reconsideration and/or Reargument for the Petitioners [sic] Writ of Mandamus Extraordinary Relief, it is hereby ORDERED and DECREED that the Application is DENIED. As this Court noted in its Order dated November 26, 2002, the nature of the relief sought by Petitioner necessarily would require the Court to review his conviction on the underlying criminal charges. Procedurally however, the only method which Petitioner may utilize to collaterally review his criminal conviction is the PCRA; the request for a writ of mandamus is improper in this context. Accordingly, the Court will not hear further argument on the issue.

BY THE COURT:

___Fred P. Anthony___ J.

C:   Randolph S. Tangle, pro se CL-7635
     Matthew J. McLaughlin, Esquire
     Kemal Mericli, Senior Deputy Attorney General
     PA. State Police Headquarters for Troopers