**DEFENDANT'S EXHIBIT 11**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS<br>: OF ERIE COUNTY, PENNSYLVANIA<br>: CRIMINAL DIVISION |
| vs. | : |
| RANDOLPH S. TANGLE | : No. 1833 of 1993 |

## ORDER OF COURT

AND NOW, to-wit, this Twenty-ninth day of January, 2003, after receiving Defendant's *pro se* Petition for Post Conviction Review, Nunc-Pro-Tunc Petition Amended Petition For Relief Under; Post Conviction Relief Act, and Petitioner's Motion for Contempt Order with accompanying Rule to Show Cause, it is hereby **ORDERED, ADJUDGED AND DECREED** said Motions are DISMISSED as Defendant is currently being represented by counsel in this matter. Defendant is directed to send all future correspondence to his counsel.

BY THE COURT:

Stephanie Domitrovich, Judge

cc: William J. Hathaway, Esquire, on behalf of Defendant
　　Randolph S. Tangle, CL-7635, 10745 Route 18, Albion, PA 16475-0002

