DEFENDANT'S EXHIBIT 13

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS |
| | : OF ERIE COUNTY, PENNSYLVANIA |
| vs. | : CRIMINAL DIVISION |
| | : |
| RANDOLPH S. TANGLE | : NOS.   1833 OF 1993 |

### ORDER OF COURT

AND NOW, to-wit, this 14th day of April, 2003, pursuant to Rule of Appellate Procedure 1925(b), Defendant is directed to forthwith file of record a concise statement of the matters complained of on appeal within fourteen (14) days of the entry of this Order, and to serve a copy thereof on the undersigned.

Pursuant to Rule 5000.9 of Pa. Rules of Judicial Administration, it is **ORDERED** that the office of Court Stenographers shall file all transcripts in the above-captioned matter on or before fourteen (14) days from date hereof. The office of Court Stenographers is further DIRECTED to notify all counsel of record and unrepresented parties upon the filing of such transcripts.

It is **ORDERED** that the Clerk of Courts and/or Court Stenographer shall furnish court records and transcribed notes of testimony to Defendant.

Further, it is **ORDERED** that Defendant may proceed *In Forma Pauperis* as it pertains to filing fees relating to the subject appeal.

BY THE COURT:

*Stephanie Domitrovich*            Judge

cc:   District Attorney
Randolph S. Tangle, CL-7635, 10745 Route 18, Albion, PA 16475-0002
Jim Muscarella, Chief Court Reporter
Sharon Winkler, Clerk of Courts Office
Trial Court Administration

RECEIVED APR 1 4 2003 COURT ADMINISTRATOR