DEFENDANT'S EXHIBIT 15

COMMONWEALTH OF PENNSYLVANIA  : IN THE COURT OF COMMON PLEAS
: OF ERIE COUNTY, PENNSYLVANIA
: CRIMINAL DIVISION

vs.

RANDOLPH S. TANGLE  : No. 1833 of 1993

### ORDER

AND NOW, to-wit, this 12th day of May 2003, regarding Defendant's *pro se* Motion for Contempt Order, dated April 28, 2003, it is hereby **ORDERED, ADJUDGED AND DECREED** that said Motion is **DISMISSED** as moot since the Clerk of Courts has previously sent Defendant copies of the transcripts on July 21, 1997, as indicated on page seven of the docket at Number 1833 of 1993.

BY THE COURT:

/s/ Stephanie Domitrovich       Judge

cc:   District Attorney
      Randolph S. Tangle, CL-7635, 10745 Route 18 Albion, PA 16475

1993 - 01833 TANGLE RANDOLPH SCOTT

- 6/25/96 AMENDED NOTICE OF APPEAL NUNC PRO TUNC (ORDER DATED MAY 27, 1994) IFP VERIFIED STATMENT AND PROOF OF SERVICE FILED BY DEFENDANT RETURNED TO DEFENDANT WITH LETTER EXPLAINING THAT HE MUST OBTAIN PERMISSION FROM THE SENTENCING JUDGE TO BE ABLE TO APPEAL NUNC PRO TUNC
- 6/25/96 AMENDED NOTICE OF APPEAL(ORDER DATED MAY 27, 1994) IFP VERIFIED STATEMENT PROOF OF SERVICE FILED BY DEFENDANT
- 8/15/96 ORDER - CONCISE STATEMENT TO BE FILED WITHIN 14 DAYS S/S DOMITROVICH JUDGE
- 8/22/96 CONCISE STATEMENT OF MATTERS COMPLAINED OF ON APPEAL FILED BY DEFENDANT TAKEN TO JUDGE DOMITROVICH
- 8/27/96 OPINION SIGNED AND FILED JUDGE DOMITROVICH
- 8/09/96 DOCKETED NOTICE OF APPEAL/SUPERIOR COURT # 1406 PHG 96
- 8/28/96 ALL PAPERS SENT TO SUPERIOR COURT
- 10/07/96 COPY OF APPEAL FROM A ORDER OF COURT DENYING AND DISMISING A RELIEF REQUEST UNDER THE POST CONVICTION RELIEF ACT FILED IN SUPERIOR COURT.
- 11/14/96 MOTION FOR DISMISSAL OF APPELLEES BRIEF FOR VIOLATION OF PA RAP 2185 AND 2188 TAKEN TO JUDGE DOMITROVICH
- 1/03/96 APPLICATION FOR REARGUMENT FROM JUDGMENT ORDER ENTERED IN THIS COURT DATED DECEMBER 19 1996. PETITION FOR REARGUMENT FILED BY DEFENDANT
- 4/10/97 ALL PAPERS RETURNED FROM SUPERIOR COURT
- 4/10/97 SUPERIOR COURT OPINION THAT THE JUDGMENT OF THE COURT OF COMMON PLEAS OF ERIE COUNTY BE AND THE SAME IS HEREBY AFFIRMED. BY THE COURT ELEANOR R VALECKO DEPUTY PROTHONOTARY DATE 12-19-96
- 7/21/97 DEFENDANT GIVEN COPIES OF TRANSCRIPTS INFORMED DEFENDANT THAT IF THERE IS ANY FURTHER ACTIVITY ON THIS CASE HE WILL BE RESPONSIBLE TO FURNISH RECORD
- 7/21/97 NOTICE OF CHANGE OF ADDRESS FILED BY THE DEFENDANT
- 8/01/01 COPY OF DOCKET SENT TO DEFENDANT
- 9/28/01 APPLICATION REQUEST FOR DISCOVERY TO INSPECT SEALED DOCUMENTS AND SURVEILLANCE TAPES FOR PRELIMINARY OBJECTIONS AND/OR EVIDENTARY HEARING FILED BY DEFT  (JUDGE DOMITROVICH)
- 9/28/01 PETITION FOR WRIT OF MANDAMUS, APPLICATION FOR ASSIGNMENT OF COUNSEL (JUDGE DOMITROVICH)
- 10/01/01 ORDER OF COURT DATED 10-01-2001, UPON CONSIDERATION OF PETITIONER'S  PRO SE APPLICATION REQUEST FOR DISCOVERY AND/OR PRELIMINARY OBJECTIONS AND/OR EVIDENTARY HEARING, IT IS ORDERED THAT RESPONDENTS WILL HAVE THIRTY DAYS FROM THE DATE OF THIS ORDER