**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

SCANNED

| | |
|---|---|
| PLAINTIFF: Randolph S. Tangle | COURT CASE NUMBER: CA 05-114 E |
| DEFENDANT: James Muscarella, or Jim ? | TYPE OF PROCESS: 42 USC § 1983 |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
James Muscarella, Chief Court Reporter
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Erie Co. Courthouse, 140 West Sixth Str.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Office and Chief Court Reporter
Jim or James Muscarella
303 rm. Courthouse
140 West Sixth Street
Erie PA 16501

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Official Court Reporter
James Muscarella, Chief
303 Courthouse
814 451-6284
FAX 451-7680

Attorney for James Muscarella
Erie County Solicitor Office
John A Onorato
140 West Sixth Street
Erie PA 16501

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: 4-8-05

Randolph S. Tangle

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/26/05
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: MAILED 7-12-05

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

## WAIVER OF SERVICE OF SUMMONS

TO: <u>United States Marshal's Service</u>

  I acknowledge receipt of your request that I waive service of a summons in the action of _____ vs. _____ which is case number <u>CA05-114E</u> in the United States District Court for the Western District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

  I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

  I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

  I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>7-12-05</u> (date,,request was sent), or within 90 days after that date if the request was sent outside the United States.

_____      <u>7/26/05</u>
SIGNATURE

Printed/typed name: <u>JOHN A. ONORATO</u>

Title if any: <u>Chief County Solicitor</u>

Counsel For: <u>JAMES MUSCARELLA, Chief Court Reporter</u>

5-114E
JAMES MUSCARELLA