IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH S. TANGLE, | : | |
| Plaintiff | : | |
| v. | : | C.A. No. 05-114 ERIE |
| | : | |
| CITY OF ERIE, et al., | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

To the Clerk of Courts:

Please enter my appearance on behalf of defendants John Doe, Judge's law clerk, and Jim Muscarella, Chief Court Reporter, in the above referenced case.

                                                Respectfully submitted,

                                       By:   */s/ Matthew J. McLaughlin*
                                               Matthew J. McLaughlin, Esq.
                                               Assistant Solicitor for
                                               Erie County
                                               246 West Tenth Street
                                               Erie, PA 16501
                                               (814) 454-1010
                                               attymjmclaughlin@aol.com

C:    Honorable Susan Paradise Baxter          Counsel for defendants,
       Kenneth J. Gamble, Esquire                John Doe, Judge's Law Clerk,
       Heather Purcell, Esquire                    and Jim Musceralla, Chief Court
       Randolph S. Tangle                         Reporter