**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RANDOLPH S. TANGLE, | : | |
|           Plaintiff | : | |
|     v. | : | C.A. No. 05-114 ERIE |
| | : | |
| CITY OF ERIE, et al., | : | |
|           Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2005, it is hereby

ORDERED, ADJUDGED and DECREED, that defendants' motion to dismiss pursuant to Fed. R.C.P. 12(b)(6) is GRANTED.

 

_____ J.