IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH S. TANGLE,           )  | |
|                              )  | |
|     Plaintiff,     )  | |
|                              )  | |
|     v.            )  | Civil Action No. 05-114 Erie |
|                              )  | |
| CITY OF ERIE, et al.,         )  | |
|                              )  | |
|     Defendants.   )  | |

**ORDER**

AND NOW, this 20th day of September, 2005, it is hereby ORDERED that pursuant to 28 U.S.C. § 455(a) the undersigned recuses from this case.

                                          s/ Sean J. McLaughlin
                                          United States District Judge

cm:    All counsel of record.