## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RANDOLPH TANGLE,                    )
                    Plaintiff,       )
                                     )
        v.                           )          C.A. No.  05-114 Erie
                                     )
CITY OF ERIE, et al,                 )
                    Defendants.      )

## ORDER

AND NOW, this 4th day of November, 2005;

Defendants Patrick L. Fetzner, Sharon Winkler, John Doe and Jim Muscarella having

filed  Motions to Dismiss (Docs. #12 & 16) and briefs in support thereof;

IT IS HEREBY ORDERED that plaintiff shall be allowed until November 21, 2005,

to respond to the motions.  Plaintiff may also amend the complaint to cure any procedural

defects.

IT IS FURTHER ORDERED THAT plaintiff shall serve on counsel for defendants

Fetzner and Winkler,  Kenneth J. Gamble, Esq., and defendants Doe and Muscarella, Matthew J.

McLaughlin, Esq., a copy of each pleading or other document submitted for consideration by the

court and shall include with each document filed a certificate stating the date a true and correct

copy of the pleading or document was mailed to each attorney.  Any pleading or other document

received by a district judge or magistrate judge which has not been filed with the Clerk or which

fails to include a certificate of service shall be returned to the plaintiff by the Clerk.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date

to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for

Magistrates.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


                                    s/Susan Paradise Baxter
                                    SUSAN PARADISE BAXTER
                                    Chief United States Magistrate Judge

cc:       all parties of record (lw)